UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00036-1H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRANQUERE SANCHEZ IRONS | **ORDER** |

This matter is before the Court on the defendant's unopposed motion for records previously requested by his subpoena, issued pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, to be delivered to the Court for an *in camera* review of those records to determine whether any such records contain information that may become relevant during his trial, set to begin on May 2, 2018 in Greenville, North Carolina.

For good cause shown, it is hereby **ORDERED** that the City of Lumberton, North Carolina is to deliver said records to the Court's Criminal Case Manager, Lisa Lee, by 4:30 p.m. on Wednesday, April 25, 2018. Delivery may be accomplished by any of the following three methods: (i) electronic mail to lisa_w_lee@nced.uscourts.gov, (ii) facsimile to 252-830-2793, or (iii) physical delivery to 201 South Evans Street, Room 209, Greenville, NC 27858.

Upon receipt, the Court will conduct an *in camera* review of these records to determine their relevancy to the issues in Mr. Irons's upcoming trial.

**SO ORDERED.**
This 24 day of April 2018.

MALCOLM J. HOWARD
Senior United States District Judge