UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO: 7:17-CR-36-1H



UNITED STATES OF AMERICA

vs.   ORDER

TRANQUERE SANCHEZ IRONS

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on ___ be turned over to Special Agent Alex Crumley, ATF to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 1 | Magazine (Glock 9mm) |
| 2 | 9mm rounds (from magazine) |
| 3 | Bryco .380 handgun and magazine |
| 4 | .380 rounds from .380 handgun |
| 5 | Romak 762 rifle |
| 6 | 762 rounds from rifle |
| 7 | Cocaine and crack |
| 8 | Digital scale |
| 9 | Silver Samsung phone |
| 10 | Samsung Galaxy S7 (green case) |
| 11 | LG phone (red case) |
| 12 | Wallet |
| 13 | 12 gauge shell |

This 2nd day of May, 2018.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____