UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-36-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| TRANQUERE SANCHEZ IRONS | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 90 and its accompanying order be sealed until further order of this Court, except that copies may be provided to the United States Attorney and counsel for the defendant.

This the 28th day of January 2019.

_____
MALCOLM J. HOWARD
Senior United States District Judge