IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-36-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TRANQUERE SANCHEZ IRONS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on remand by the Fourth Circuit, [DE #111], vacating defendant's convictions. The mandate issued on January 28, 2020. [DE #112]. The clerk is directed to note the Vacatur of the judgment [DE #97] and convictions on the docket. The parties have informed the court they have reached an agreement in this matter. Therefore, this matter is hereby scheduled for a change of plea hearing at the March 10, 2020, term of court. The defendant shall remain in custody pending the hearing.

This 4th day of February 2020.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35