IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-36-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| TRANQUERE SANCHEZ IRONS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion, through counsel, seeking temporary release from custody to attend the funeral of his grandmother. He seeks to be released to a third-party custodian for a 12-hour period. The court, having carefully considered the matter and the totality of the circumstances, DENIES the motion.

This 13th day of May 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26